DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ANDREW RUSSELL,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>LOCKHEED MARTIN CORP., and<br>JOHN DOE, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-CV-00025-WAL-EAH<br><br>Formerly Sup. Ct. Case No.<br>SX-2023-CV-00112<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that KEVIN A. RAMES, ESQ., of K.A. Rames, P.C., hereby notices his appearance of as counsel of record for the Defendant, Lockheed Martin Corporation, in the captioned cause. This Notice of Appearance is filed without prejudice to any jurisdictional or other defenses asserted or to be asserted herein. It is respectfully requested that copies of all pleadings filed with the Court by any party in this matter be served upon KEVIN A. RAMES, ESQ. through the CM/ECF System of this Court and at the email and physical addresses set out below:

> Kevin A. Rames, Esq.
> K.A. Rames, P.C.
> 2111 Company Street, Suite 3
> Christiansted, St. Croix
> U.S. Virgin islands 00820
> Mobile +1 (340) 227-9311
> kevin.rames@rameslaw.com

Date: July 12, 2023

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　*/s/ Kevin A. Rames, Esq.*
　　　　　　　　　　　　　　　　　　Kevin A. Rames, Esq.
　　　　　　　　　　　　　　　　　　V.I. Bar Number 193
　　　　　　　　　　　　　　　　　　Semaj I. Johnson, Esq.
　　　　　　　　　　　　　　　　　　V.I. Bar Number 1151
　　　　　　　　　　　　　　　　　　Law Offices of K.A. Rames, P.C.
　　　　　　　　　　　　　　　　　　2111 Company Street, Suite 3
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Telephone: (340) 773-7284
　　　　　　　　　　　　　　　　　　Facsimile: (340) 773-7282
　　　　　　　　　　　　　　　　　　kevin.rames@rameslaw.com
　　　　　　　　　　　　　　　　　　semaj.johnson@rameslaw.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 12th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record and caused a copy of this document to be served upon the following via email:

| | |
|---|---|
| Korey A. Nelson, Esq. | Warren T. Burns, Esq. |
| H. Rick Yelton, Esq. | Daniel H. Charest, Esq. |
| BURNS CHAREST LLP | BURNS CHAREST LLP |
| 365 Canal Street, Suite 1170 | 900 Jackson Street, Ste. 500 |
| New Orleans, LA 70130 | Dallas, TX 75202 |
| Telephone: (504) 799-2845 | Telephone: (469) 904-4550 |
| knelson@burnscharest.com | wburnes@burnscharest.com |
| ryelton@burnscharest.com | dcharest@burnscharest.com |

J. Russell B. Pate, Esq.
THE PATE LAW FIRM
P.O. Box 890
St. Thomas, USVI 00804
Telephone: (340) 777-7283
pate@sunlawvi.com

                     */s/ Kevin A. Rames, Esq.*
                     Kevin A. Rames, Esq.