**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ANDREW RUSSELL,<br><br>                      Plaintiff,<br>      v.<br><br>LOCKHEED MARTIN CORP., and<br>JOHN DOE, INC.,<br><br>                      Defendants. | Case No. 1:23-CV-000__-WAL-EAH<br><br>Formerly Sup. Ct. Case No.<br>SX-2023-CV-00112<br><br>JURY TRIAL DEMANDED |

## LOCKHEED MARTIN CORPORATION'S DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for the Defendant Lockheed Martin Corporation provides the following corporate disclosure:

      Lockheed Martin Corporation discloses that it has no parent corporation and was formed in March 1995 by the merger of Lockheed Corporation and Martin Marietta Corporation. State Street Corporation and its subsidiaries own approximately 15% of Lockheed Martin Corporation's stock. No other publicly held corporation owns more than 10% of Lockheed Martin Corporation's stock.

| | |
|---|---|
| Date: July 12, 2023 | Respectfully Submitted,<br><br>*/s/ Kevin A. Rames, Esq.*<br>Kevin A. Rames, Esq.<br>V.I. Bar Number 193<br>Semaj I. Johnson, Esq.<br>V.I. Bar Number 1151<br>Law Offices of K.A. Rames, P.C.<br>2111 Company Street, Suite 3<br>Christiansted, VI 00820<br>Telephone: (340) 773-7284<br>Facsimile: (340) 773-7282<br>kevin.rames@rameslaw.com<br>semaj.johnson@rameslaw.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record and caused a copy of this document to be served upon the following via email:

Korey A. Nelson, Esq.  
H. Rick Yelton, Esq.  
BURNS CHAREST LLP  
365 Canal Street, Suite 1170  
New Orleans, LA 70130  
Telephone: (504) 799-2845  
knelson@burnscharest.com  
ryelton@burnscharest.com  

Warren T. Burns, Esq.  
Daniel H. Charest, Esq.  
BURNS CHAREST LLP  
900 Jackson Street, Ste. 500  
Dallas, TX 75202  
Telephone: (469) 904-4550  
wburnes@burnscharest.com  
dcharest@burnscharest.com  

J. Russell B. Pate, Esq.  
THE PATE LAW FIRM  
P.O. Box 890  
St. Thomas, USVI 00804  
Telephone: (340) 777-7283  
pate@sunlawvi.com  

                                              */s/ Kevin A. Rames, Esq.*  
                                              Kevin A. Rames, Esq.