**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ANDREW RUSSELL, <br><br> Plaintiff <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION and JOHN DOE, INC., <br><br> Defendants | CASE NO. 1:23-cv-00025-WAL-EAH <br><br> ACTION FOR DAMAGES <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SERVICE OF RULE 26(a)(1) DISCLOSURES**

PLEASE TAKE NOTICE THAT on August 3, 2023, Defendant Lockheed Martin Corporation served its Rule 26(a)(1) Disclosures upon counsel identified in the attached Certificate of Service.

Dated: August 3, 2023      Respectfully submitted,

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.
Semaj I. Johnson, Esq.
2111 Company Street, Suite 3
Christiansted, St. Croix, V.I. 00820
Tel. 340-773-7284
Fax 340-773-7282
*kevin.rames@rameslaw.com*
*semaj.johnson@rameslaw.com*

*Attorneys for Defendant*
*Lockheed Martin Corporation*

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 3, 2023, I caused a true and correct copy of Lockheed Martin Corporation's Rule 26(a)(1) Disclosures to be served upon the following counsel of record:

| | |
|---|---|
| Jacques Semmelman, Esq. (V.I. Bar No. 2180)<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza New York, NY 10020-1605<br>Tel: (212) 940-8800<br>Fax: (212) 940-8776<br>jacques.semmelman@katten.com | H. Rick Yelton, Esq. (V.I. Bar No. 2098)<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Telephone: (504) 799-2845<br>Facsimile: (504) 881-1765<br>ryelton@burnscharest.com |
| Douglas L. Capdeville, Esq. (V.I. Bar No. 284)<br>2107 Company Street, Suite 2<br>Christiansted, St. Croix, VI 00822<br>Tel: (340) 773-7275<br>Fax: (340) 773-7996<br>videfense@capdevillelaw.com<br><br>Counsel for Defendant Glencore Ltd. | Warren T. Burns, Esq. (V.I. Bar No. 2004)<br>Daniel H. Charest, Esq. (V.I. Bar No. 2020)<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>J. Russell B. Pate, Esq. (V.I. Bar No. 1124)<br>THE PATE LAW FIRM<br>P.O. Box 370<br>Christiansted, USVI 00821<br>Telephone: (340) 777-7283<br>Facsimile: (888) 889-1132<br>pate@sunlawvi.com<br><br>*Counsel for Plaintiff* |

      */s/ Kevin A. Rames, Esq.*
      Kevin A. Rames, Esq.