## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| ANDREW RUSSELL,<br><br>                              Plaintiff,<br>        v.<br><br>LOCKHEED MARTIN CORP., and<br>JOHN DOE, INC.,<br><br>                              Defendants. | **Case No. 1:23-CV-00025-WAL-EAH**<br><br>Formerly Sup. Ct. Case No.<br>SX-2023-CV-00112<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GREGORY K WU, ESQ., of Shook Hardy & Bacon, L.L.P., hereby notices his appearance of as counsel of record for the Defendant, Lockheed Martin Corporation, in the captioned cause. This Notice of Appearance is filed without prejudice to any jurisdictional or other defenses asserted or to be asserted herein. It is respectfully requested that copies of all pleadings filed with the Court by any party in this matter be served upon GREGORY K. WU, ESQ. through the CM/ECF System of this Court and at the email and physical addresses set out below:

> Gregory K. Wu, Esq.
> Shook Hardy & Bacon L.L.P.
> 2555 Grand Avenue
> Kansas City, Missouri 64108
> Mobile +1 (816) 559-2189
> gwu@shb.com

> Respectfully Submitted,

November 7, 2023

> */s/ Gregory K. Wu, Esq.*
> Gregory K. Wu, Esq.
> Shook Hardy & Bacon, L.L.P.
> 2555 Grand Avenue
> Kansas City, Missouri 64108
> Mobile +1 (816) 599-2186
> gwu@shb.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record and caused a copy of this document to be served upon the following via email:

| | |
|---|---|
| Korey A. Nelson, Esq.<br>H. Rick Yelton, Esq.<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Telephone: (504) 799-2845<br>knelson@burnscharest.com<br>ryelton@burnscharest.com | Warren T. Burns, Esq.<br>Daniel H. Charest, Esq.<br>BURNS CHAREST LLP<br>900 Jackson Street, Ste. 500<br>Dallas, TX 75202<br>Telephone: (469) 904-4550<br>wburnes@burnscharest.com<br>dcharest@burnscharest.com |
| J. Russell B. Pate, Esq.<br>THE PATE LAW FIRM<br>P.O. Box 890<br>St. Thomas, USVI 00804<br>Telephone: (340) 777-7283<br>pate@sunlawvi.com | */s/ Gregory K. Wu, Esq.*<br>Gregory K. Wu, Esq. |